UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

Entry of Appearance and Certificate of Interested Parties

| | |
|---|---|
| MOISES CARRANZA-REYES, | ) |
|  | ) |
|     Plaintiff-Appellee, | )  Case No. 07-1381 |
| v. | ) |
|  | ) |
| PARK COUNTY BOARD OF | ) |
| COMMISSIONERS, et al. | ) |
|  | ) |
|     Defendants-Appellants. | ) |

**INSTRUCTIONS:** COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, TOGETHER WITH PROOF OF SERVICE ON ALL OTHER PARTIES.  IF THE CERTIFICATE OF INTERESTED PARTIES ON THE REVERSE OF THIS FORM IS COMPLETED, AN ORIGINAL AND THREE COPIES MUST BE FILED.  MULITPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCE ON THE SAME FORM BY AFFIXING THEIR INDIVIDUAL SIGNATURES.

_____

In accordance with 10th Cir. R. 46, I, the undersigned attorneys hereby appear as counsel for:

Vicki Paulsen _____ in the subject case(s).
               Appellant/Petitioner

Further, in accordance with 10th Cir. R. 46.1.3 the undersigned certify as follows:  **(Check One)**

XX    On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding.  **(File original only).**

__    There are no such parties, or any such parties have hereto been disclosed to the court.  **(File original only).**

                                  Josh A. Marks    (jam@bhgrlaw.com)
                                  Name of Counsel (type or print)

                                  s/ Josh A. Marks
                                  Signature of Counsel
                                  BERG HILL GREENLEAF & RUSCCITTI LLP
                                  1712 Pearl Street
                                  Boulder, CO  80302
                                  Phone:  (303) 402-1600
                                  Fax:  (303) 402-1601

    I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was mailed on September 24, 2007 per attached Certificate of Service.

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | | |
|---|---|---|
| MOISES CARRANZA-REYES, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | Case No. 07-1381 |
| v. | ) | |
| | ) | |
| PARK COUNTY BOARD OF COMMISSIONERS, et al. | ) ) ) | |

---

CERTIFICATE OF INTERESTED PARTIES

---

The following are parties to this litigation, including persons or other entities financially interested in the outcome of the litigation, but not revealed by the caption on appeal, see 10th Cir. R. 46.1.3, and attorneys not entering an appearance in this Court who have appeared for any party in prior trial or administrative proceedings sought to be review, or in related proceedings that preceded the subject action this Court.

CTSI
800 Grant Street, Suite 400
Denver, Colorado 80203

St. Paul Travelers
P.O. Box 65100
2700 NE Loop 410, Suite 105
San Antonio, Texas  78217

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2007, a true and correct copy of the foregoing NOTICE OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES, was placed in the U.S. Mail, postage prepaid, to the following:

Joseph Archuleta
Law Offices of Joseph Archuleta
1724 Ogden Street
Denver, CO  80218
archuletalaw@qwest.net

Lloyd Kordick
Lloyd C. Kordick & Associates
805 S. Cascade Avenue
Colorado Springs, CO  80903
lloyd@kordicklaw.com

William Trine
Trine & Metcalf PC
1435 Arapahoe Avenue
Boulder, CO  80302
btrine@trine-metcalf.com

Adele P. Kimmell
Public Justice, PC
1825 K Street, N.W.
Suite 200
Washington, D.C. 20006
akimmel@publicjustice.net

Andrew Ringel
Hall & Evans LLC
1125 17th Street, Suite 600
Denver, CO  80202
ringela@hallevans.com

s/ Julie Bozeman
_____
Julie Bozeman