# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | September 26, 2007 | Douglas E. Cressler<br>Chief Deputy Clerk |

Ms. Melanie Bailey Lewis
Mr. Josh Adam Marks
Berg Hill Greenleaf Ruscitti Llp
1712 Pearl Street
Boulder, CO 80302

RE:   07-1381, Carranza-Reyes v. Park County Board Of County Co, et al
       Dist/Ag docket: [1:05-cv-00377-WDM-BNB]

Dear Counsel:

Appellant's docketing statement filed in this case is deficient.

The following required attachments (See 10th Cir. R. 3.4 and 10th Cir. Form 1 in Appendix A to Tenth Circuit Rules) were not filed:

>   The district court docket entries which include entry of the notice of appeal.

>   The final judgment or order appealed from.

>   Any pertinent findings and conclusions, opinions, or orders, which form the basis for the appeal.

>   The notice of appeal.

The corrected docketing statement must be accompanied by a proof of service upon all other parties to the appeal.

Please correct the stated deficiencies within 10 calendar days after the date of this letter. Otherwise, the docketing statement will be stricken.

Please contact this office if you have questions.

                                                Sincerely,

                                                Elisabeth A. Shumaker
                                                Clerk of the Court

cc:      Joseph Archuleta
          Adele P. Kimmel
          Lloyd C. Kordick
          William A. Trine