# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

| | |
|---|---|
| MOISES CARRANZA-REYES, | ) |
| | ) |
| Plaintiff-Appellee, | ) |
| | ) |
| v. | )   Case No. 07-1381 |
| | ) |
| PARK COUNTY BOARD OF | ) |
| COMMISSIONERS, et al, | ) |
| | ) |
| Defendants-Appellants. | ) |

_____

**Instructions:** COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, TOGETHER WITH PROOF OF SERVICE ON ALL OTHER PARTIES.  <u>IF THE CERTIFICATE OF INTERESTED PARTIES ON THE REVERSE OF THIS FORM IS COMPLETED, AN ORIGINAL AND THREE COPIES MUST BE FILED.</u>  MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCE ON THE SAME FORM BY AFFIXING THEIR INDIVIDUAL SIGNATURES.

_____

In accordance with 10th Cir. R. 46, I, the undersigned attorneys hereby appear as counsel for: <u>Moises Carranza-Reyes</u>         (Appellee/Respondent in related case No. 07-1381) in the subject case(s).
           Appellee/Respondent

Further, in accordance with 10th Cir. R. 46.1.3, the undersigned certify as follows:  **(Check One)**

_X_    On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding.  **(File original and one copy.)**

____    There are no such parties, or any such parties have heretofore been disclosed to the court.  **(File original and one copy.)**

| | |
|---|---|
| <u>William A. Trine   (btrine@trine-metcalf.com)     </u> | <u>Cheryl L. Trine   cherie919x@aol.com</u> |
| Name of Counsel (type or print) | Name of Counsel (type or print) |
| | |
| <u>/s/ William A. Trine                                            </u> | <u>/s/ Cheryl L. Trine                              </u> |
| Signature of Counsel | Signature of Counsel |
| Trine & Metcalf, P.C. | Trine & Metcalf, P.C. |
| 1435 Arapahoe Avenue | 1435 Arapahoe Avenue |
| Boulder, CO 80302 | Boulder, CO 80302 |
| Phone:  303-442-0173 | Phone:  303-442-0173 |
| Fax:  303-443-7677 | Fax:  303-443-7677 |

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was mailed on September 28, 2007, per attached Certificate of Service.

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| MOISES CARRANZA-REYES, ) | |
| ) | |
|     Plaintiff-Appellee, ) | |
| ) | |
| v. ) | Case No. 07-1381 |
| ) | |
| PARK COUNTY BOARD OF ) | |
| COMMISSIONERS, et al. ) | |
| ) | |
|     Defendants-Appellants. ) | |

_____

**CERTIFICATE OF INTERESTED PARTIES**
_____

    The following are parties to this litigation, including persons or other entities financially interested in the outcome of the litigation, but not revealed by the caption on appeal, see 10th Cir. R. 46.1.3, and attorney not entering an appearance in this Court who have appeared for any party in prior trial or administrative proceedings sought to be reviewed, or in related proceedings that preceded the subject action in this court:

Defendant James (I) Bachman     represented by     **Andrew Wallace Jurs**
Individually     Colorado Attorney General's
Terminated: 11/30/06       Office – Dept. of Law
    1525 Sherman Street
    7th Floor
    Denver, CO 80203
    303-866-4500
    fax: 303-866-5691
    email: ajurs@jmspc.com
    *Lead Attorney*

    **Craig A. Sargent**
    Johnson, McConaty &
      Sargent, P.C.
    400 S. Colorado Blvd., #900
    Glendale, CO 80246-3866
    303-388-7711
    Fax: 303-388-1749
    Emai: csargent@jmspc.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 28th day of September, 2007, a true and correct copy of the foregoing NOTICE OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES was placed in the U.S. Mail, postage prepaid, and/or emailed, to the following:

| | |
|---|---|
| Joseph Archuleta<br>Law Office of Joseph Archuleta<br>1724 Ogden Street<br>Denver, CO 80218<br>archuletalaw@qwest.net | Adele P. Kimmel<br>Public Justice, P.C.<br>1825 K Street, N.S., #200<br>Washington, D.C. 20006<br>akimmel@publicjustice.net |
| Lloyd Kordick<br>Lloyd C. Kordick & Associates<br>805 S. Cascade Avenue<br>Colorado Springs, CO 80903<br>Lloyd@kordicklaw.com | Andrew Ringel<br>Hall & Evans, LLC<br>1125 17th Street, Suite 600<br>Denver, CO 80202<br>ringela@hallevans.com |
| Josh A. Marks<br>Berg Hill Greenleaf & Rusccitti, LLP<br>1712 Pearl Street<br>Boulder, CO 80302<br>jam@bhgrlaw.com | U.S. District Court for the<br>  District of Colorado<br>Alfred A. Arraj U.S.<br>  Courthouse<br>901 19th Street<br>Denver, CO 80294 |

_____
Elizabeth Peach