UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

| | |
|---|---|
| MOISES CARRANZA-REYES, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> THE PARK COUNTY BOARD OF COUNTY COMMISSIONERS, et al., <br><br> Defendants - Appellants. | Nos. 07-1380 and 07-1381 |

ORDER

Filed October 22, 2007

---

This matter is before the court on the appellee's motion to expedite the appeal in 07-1380 and the motion to expedite the appeal in 07-1381. The appellants shall serve and file responses to both motions on or before October 29, 2007.

Entered for the Court,

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk