# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | October 22, 2007 | Douglas E. Cressler<br>Chief Deputy Clerk |

Ms. Melanie Bailey Lewis
Mr. Josh Adam Marks
Berg Hill Greenleaf Ruscitti Llp
1712 Pearl Street
Boulder, CO 80302

Andrew David Ringel
Ms. Jennifer L. Veiga
Hall Evans Llcdenver
1125 17th Street, #600
Denver, CO 80202-5817

RE:   07-1380, 07-1381, Carranza-Reyes v. Park County Board of Commissioners, et al
      Dist/Ag docket: [05-cv-00377-WDM-BNB]

Dear Counsel:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   Joseph Archuleta
      Adele P. Kimmel
      Lloyd C. Kordick
      Cheryl L. Trine

William A. Trine