UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

| | |
|---|---|
| MOISES CARRANZA-REYES,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>VICKI PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado,<br><br>    Defendant - Appellant,<br><br>and<br><br>MONTE GORE, individually and in his capacity as captain of Park County Sheriff's Department; PARK COUNTY BOARD OF COUNTY COMMISSIONERS; FRED WEGENER, individually and in his capacity as Sheriff of Park County, Colorado,<br><br>    Defendants. | No. 07-1381 |

---

**STIPULATION TO DISMISS**

---

Pursuant to discussions held under Tenth Circuit Rule 33.1, Federal Rule of Appellate Procedure 42(b), and the agreement of the parties, the undersigned hereby stipulate that the above appeal may be dismissed with prejudice.  Each party shall bear its own costs

on appeal.

Dated this 12th day of December, 2007.

s/ William A. Trine
WILLIAM A. TRINE, Esq.
Attorney for Plaintiff-Appellee, Moises Carranza-Reyes
Street Address: Trine & Metcalf PC
1435 Arapahoe Avenue, Boulder, CO 80302
Telephone Number: (303) 442-0173
Email Address: btrine@trine-metcalf.com

s/ Josh A. Marks
JOSH A. MARKS, Esq.
Attorney for Defendant-Appellant, Vicki Paulsen
Street Address: Berg Hill Greenleaf & Ruscitti LLP
1712 Pearl Street, Boulder, CO 80302
Telephone Number: (303) 402-1600
Email Address: jam@bhgrlaw.com

## CERTIFICATE OF DIGITAL SUBMISSION

With the exception of all privacy redactions required by the 10th Circuit General Order of August 10, 2007 regarding electronic filing, every document submitted in electronic form is an exact copy of the written document filed with the Clerk, and it has been scanned for viruses with the most recent version of a commercial virus scanning program (Trend Micro, version 7.2, date of the most recent update was December 11, 2007) and, according to the program, is free of viruses.

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2007, a true and correct copy of the foregoing **Stipulation to Dismiss** was sent to the persons listed below in the manner indicated (check box):

☐  by U.S. mail;
☐  by third-party commercial carrier for delivery within 3 calendar days;
☐  by personal delivery, including delivery to a responsible person at the office of counsel;
x  by digital submission in native PDF format (please include email address(es) below).

Joseph Archuleta
Law Offices of Joseph Archuleta
1724 Ogden Street
Denver, CO  80218
archuletalaw@qwest.net

Lloyd Kordick
Lloyd C. Kordick & Associates
805 S. Cascade Avenue
Colorado Springs, CO  80903
lloyd@kordicklaw.com

William Trine
Trine & Metcalf PC
1435 Arapahoe Avenue
Boulder, CO  80302
btrine@trine-metcalf.com

Adele P. Kimmell
Public Justice, PC
1825 K Street, N.W.
Suite 200
Washington, D.C. 20006
akimmel@publicjustice.net

Andrew Ringel
Hall & Evans LLC
1125 17th Street, Suite 600
Denver, CO  80202
ringela@hallevans.com

s/ Julie Bozeman
Julie Bozeman