# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

MOISES CARRANZA-REYES,

    Plaintiff - Appellee,

v.

VICKIE PAULSEN, individually and in her official capacity as Registered Nurse for Park County, Colorado,

    Defendant - Appellant,

and

MONTE GORE,  individually and in his capacity as captain of Park County sheriff's Department; PARK COUNTY BOARD OF COUNTY COMMISSIONERS; FRED WEGENER, individually and in his capacity as sheriff of Park County, Colorado,

    Defendants.

|  |
No. 07-1381
(D.C. No. 1:05-CV-377-WDM-BNB)

---

### ORDER

Filed December 13, 2007

---

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear its own costs on appeal.  A copy of this order will stand as the mandate of the court.

Entered for the Court,

ELISABETH A. SHUMAKER, Clerk